1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    **MASAZUMI INOUE**,                    Case No.  15-cv-1636-YGR
                 Plaintiff,
8                                          **NOTICE OF TENTATIVE RULING ON
        v.                                 DEFENDANTS' MOTION TO DISMISS
9                                          PLAINTIFF'S COMPLAINT**
     **BANK OF AMERICA, NATIONAL
10   ASSOCIATION, ET AL.,**
11               Defendants.

12   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

13          Please take notice of the following Tentative Ruling on defendants' motion to dismiss

14   plaintiff's complaint (Dkt. No. 12), set for hearing on July 21, 2015 at 2:00 p.m.:

15          The Court has reviewed the parties' papers and is inclined to grant the motion to dismiss

16
17   without leave to amend.  Defendants contend, and the Court is inclined to agree, that the doctrine

18   of *res judicata* bars plaintiff's claims because an action brought by plaintiff involving the same

19   rights and injuries (wrongful foreclosure) were previously adjudicated on the merits against

20   plaintiff in the Superior Court of California, County of San Francisco.  *Owens v. Kaiser Found.*

21   *Health Plan, Inc.*, 244 F.3d 708, 713 (9th Cir. 2001) (*res judicata* operates to bar claims

22   "whenever there is (1) an identity of claims, (2) a final judgment on the merits, and (3) identity or

23
24   privity between the parties.")  Further, the tentative ruling does not allow plaintiff leave to amend

25   because the Court is inclined to agree with defendants that amendment would be futile here.

26   *Chodos v. West Pub. Co.*, 292 F.3d 992, 1003 (9th Cir. 2002).

27          No later than **12:00 p.m.** on **Monday, July 20, 2015**, either party may file a request for
28

United States District Court
Northern District of California

oral argument.  If no request is received, the matter will be taken off calendar and a full order shall issue.

　　　　IT IS SO ORDERED.

Dated: July 16, 2015

　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28