UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MASAZUMI INOUE,**<br><br>    Plaintiff**,**<br><br>    vs.<br><br>**BANK OF AMERICA, NATIONAL ASSOCIATION, ET AL.,**<br><br>    Defendants**.** | Case No. 15-cv-1636 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

On July 16, 2015, the Court issued a tentative ruling (Dkt. No. 28) in an attempt to avoid the unnecessary costs of counsel having to appear for oral argument on defendants' motion to dismiss. Counsel for plaintiff filed a request for oral argument (Dkt. No. 29) but then presented no argument. Given the history of this case, and counsel's interactions with the State Bar, the Court is concerned about any attempt to charge or otherwise bill a client for this unnecessary appearance. Plaintiff's counsel shall confirm that no such billing will occur. A compliance hearing regarding counsel's confirmation that no such billing will occur shall be held on Friday, August 14, 2015 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later August 7, 2015, plaintiff's counsel shall either file: (a) a statement confirming that no billing shall occur in connection with his appearance on July 21, 2015; or (b) a one-page statement setting forth an explanation for failure to comply. If compliance is complete, counsel need not appear and the compliance hearing will be taken off calendar. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: July 23, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**