UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| MASAZUMI INOUE,<br><br>  Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as, Trustee for the ALTERNATIVE LOAN TRUST 2005-17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17, and Does 1-100, inclusive,<br><br>  Defendants. | Case No. 4:15-cv-01636-YGR<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Action Filed:  April 28, 2015<br>Trial Date:    None Set |

  The Court heard the motion for dismissal filed by the Defendants, Bank Of America, National Association, Mortgage Electronic Registration Systems, Inc. And The Bank Of New York Mellon f/k/a The Bank Of New York as, Trustee for the Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-17, on July 22, 2015. Following the hearing, on July 23, 2015, the Court issued an Order Granting Motion to Dismiss that contained the Court's findings of facts and conclusions of law. Based upon that Order, the Court now affirms judgment as follows:

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in
2  favor of the Defendants, Bank Of America, National Association, Mortgage Electronic
3  Registration Systems, Inc., and The Bank Of New York Mellon f/k/a The Bank of New York as,
4  Trustee for the Alternative Loan Trust 2005-17, Mortgage Pass-Through Certificates, Series 2005-
5  17, and against Plaintiff Masazumi Inoue. This action is dismissed with prejudice. Plaintiff,
6  Masazumi Inoue, shall take nothing by means of this complaint.

DATED: ~~July xxx, 2015~~ August 14, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

DATED: July 28, 2015

By: _____
Mark W. Lapham

Attorneys for Plaintiff Masazumi Inoue